UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JONATHAN JACKSON PLEDGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) NO. 3:20-cv-0416 |
| **U.S. DEPARTMENT OF EDUCATION,** | ) |
| and **ELISABETH DeVOS,** *in her official* | ) |
| *capacity as Secretary, U.S. Department of* | ) |
| *Education*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 15) recommending that Defendants' Motion to Dismiss (Doc. No. 6) be granted and that Pledger's claims against the U.S. Department of Education and Ms. DeVos be dismissed. No objections have been filed to the Magistrate Judge's Report and Recommendation. Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED** and **ADOPTED**. Defendants' Motion to Dismiss (Doc. No. 6) is **GRANTED** and Pledger's claims against Defendants are **DISMISSED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE